Cleo Jerry Plemmons

Unknown Names of
Eye Clinic Employs at
Boise Idaho
V.A.

14-cv-00072-CWD

Complaint

U.S. COURTS

FEB 28 2014

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Feb 27 - 2014

I Cleo Jerry Plemmons
PO Box 282
Durkee Or
97905

I am a Veteren and I had my right eye damaged by the employ of the Boise VA. Eye Clinic on Feb 29-2005 by him pokeing the Eye Machine into my Eye.

After the injury I had to go to the Emergency at Weiser Memorial Hosprtle with traumatic Conjuntivitts.

I have Continued to sufer with lots of continuos pain and problems with the right Eye from damage

I am asking for One hundred & Eight five thousond Dollars Pain suffering & Stress

and Expenses from the Injury caused by MalPractice by the VA employ'd at the Boise Idaho VA.

Signed
C Leo Jerry Plemmons
Cleo Jerry Plemmons